# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160261

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC: 160261
                                COA: 342613

JOSHUA JERROLD TIETZ,                Lapeer CC: 16-012503-FC
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 25, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



s0318

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2020



Clerk